IN THE UNITED STATE DISTRICT COURT FOR
WESTERN PENNSYLVANIA

Amos Tate

Verse

City of Erie Mayor
Rick Fillippi
City of Erie Police Chief
Charles Bowers

Civil Action 05=175 Erie

## MOTION IN OPPOSITION

      Now comes plaintiff in this concise opposition, defendant Esquire General J. Villela.
      The inquisitives circumventing avertments within the Civil Rights Complaints, are jurisprudent and prudent under the Hate Acts Crimes of !988 that prescribe the overzealous actions of the Erie Police Department, racial profiling continuThis statute emphasis a broad scope of illustrations prohibiting, abusive law enforcement power, to take advantage police abusiveness.
      The defendant attorney is under minding the court contentions to uphold privy inquisities In his Motion to Dismiss. His subjective discretions, outline within his brief are irrelevant and holds absolutely no basis And the case law is non-refutable because it has no distinctive supportive to Racial Profiling, Hate Act Law of 1988 and Racial Intimidation, and should be quash judicial moot.
      Contrary Plaintiff will exhibit his **Cause of Action**, which ensued this complaSince age of sixteen, plaintiff been driving, with absolutely no driving violation. Within the last nine months the plaintiff was pulled over numerous occasions for traffic violation. ( See Exhibit **A, B, C ,D, E, F, G, H, I, ect...**)In 169 **Wis2d 153,485 N.w.2d 807(1992**) Chief Justice Rehnquist delivered the following opinion of the U.S. Supreme Court.. That establishes unique description by the higher court. Also See: Dawson v Delaware , 503 U.S.159 and Barclay v Florida, 463 U.S.939. Thess abusive stops, was all concocted . The last three where assiduous and hideous in nature, that I'll describe in vivid detail and let the court draw it's own conclusIon proximity of May of 2005, plaintiff was driving on 12th going East just between Perry Street and East Avenue, when plaint was pulled over without due

suspicions or probable cause. The police pulled me over and ask me is I'm Amos Tate, I stated yes. He then said my license was suspended, and towed my 1996 Dodge Intriped ,(In which I never got back) . I lost my car and job working for Palaromo Realtor.

On proximity of July of 2005, Officer Deluca and Officer Vic pulled me over like I was an automobile, while crossing the street between 22nd and Parade and Wallace. Making preposterous gestures, that I was recklessly walking and issuing a citation stating scrupulous obscurity oh"where your car, oh I forgot you have no license **Ha Ha Ha"** (See exhibits) and I stated I've got a Racial Profiling Law Suit against Mayor Fillippi Chief Bowers and the Erie Police Department, and he " stated in a overzealous demeanor "fuck Mayor Fillippi, he's got federal charges against him , he's not my boss. He the try to persist in provoking me the get pique(arosed) aggression toward him and Officer Vic , but I maintain, not to entertain his intentions.

On proximity of August 11, 2005 I was working at the State Street Tavern, and while out side crowd controlling, a police car pulled up beside be and said are you Amos Tate, I then state yes, he the stated you're under arrest, I said for what he said I have an outstanding warrant. Those charges were dismissed, with prejudice in which under Pennsylvania Law of Due Process can't be refilled. But While in the police detention was assaulted by three officer, and had my face smash against the booking fence, the on video and a complaint will be file tomorrow at the district attorney office and internal affairs at Mayor Fillippii, office.

Plaintiff, has sustain subsequent substantiating scope of reasonability to continue the course within the **Rule of Federal Procedures,** to pursue his Civil Law Suit.

**WHEREFORTH;**

Defendant Motion to Dismiss, should be denied.

RESPECTFULLY SUBMITTED

*Amos Tate*

*August 15, 2005*

Proof of Service

Mayor Rick Fillippi
Erie City Hall
6th State
Erie Pa. 16501

was hand delivery

Amos Date
August 15, 2005