## IN THE UNITED STATE DISTRICT COURT WESTERN PENNSYLVANIA

Amos Tate
  verse
Mayor of The
City Erie
Rick Fillippi

Docket Number
05-175E

### AMENDED COMPLAINT
Racial Profiling, Racial Intimidation, Racial Hate Acts.

To the said Honorable United State District Court Judge Sean McLaughlin:

Now comes plaintiff Amos Tate, in the said above pertinent civil Action, amend another conspire defendant Magistrate Sue Mack

718 East 6th Erie, PA. 16510.

That she willingly and submissively conspire with a defendant of the Erie City Police Department Vic, who was name in the above complaint, of violating Amos Tate, civil rights, of Racial Profile, Racial Intimidation, and Hate Acts, in accordance to United State Constitution protective provision subjectives. That she intentionally and prevasively was bribe by Erie Police Victor, too place an second illegal bond of $5,000, to detain ma Erie County Prison while on active ROR bail, that was sign, that actuality the controlling bond. That in violation of Pennsylvania and United State Constitution, Cruel & Unusual Punshiment / Respectfully excessive bail... / Submitted

8/30/05   Amos Tate

Proof of Service

Mayor Rick Fillippi
6th State Street
Erie, PA. 16503