IN THE UNITED STATE DISTRICT COURT
WESTERN PENNSYLVANIS

City of Erie Mayor  
Rick Fillippi  
      et.al.

Docket Number  
1:05 CV-00175

AMEND PETITION

  **Entity** - legal definition **entity** An organization, institution or being that has its own existence for legal or tax purposes. An **entity** is often an..

Plaintiff - legal definition plaintiff The person, corporation or other legal **entity** that initiates a lawsuit. In certain states and for some types...

Indispensable party - legal definition indispensable party A person or **entity** (such as a corporation) that must be included in a lawsuit in order..

Now comes plaintiff in this pro- se Amended Petition, before Honorable United State District Court Judge Sean Mclaughlin.

On or about March 2005 while riding down Parade between 23rd and 22nd, making a left turn I was pulled over and cited for not having, my turn signal on. Contrary I did have it on..

On about March of 2005 I was pulled over on 24th and East Avenue, for a suspected, someone said they saw a gun waving out the window. (Me and a anonymity cousin).

On about April of 2005 I was pulled over on 25th between Wayne and Perry and cited for loud music.

On or about April in front of my parent house a unidentified officer yelled, inappropriate gestures comments that was impudent.

On or about March of 2005, I was pulled over on Buffalo RD. for no apparent illicit reasoning. And the officer stated, your name been coming up downtown on roll call, but not cited..

On 18th and State while drive my Cousin to State Street Tavern, I was pulled over again, but not cited.

On or about May 2005, I was pulled over while making a complete stop at a Stop sign, on 18th and Downing and cited.

On or about May of 2005, I was pulled over without probable, on 12th and East Avenue,and my1996, Dodge Intriped was illegally towed.(That I never had return, and the reason they stated was it was suspended for a $105.00 ticket.)(My license was suspend for a year.

On west 17th about the 500 block, a unidentified office, stated out his car window, oh you look good walking.

On or about July 2005, while walking down 22nd in the 400 block Officer Deluca and Victory, pulled me over and started provoking me, stating your reckless walking, and

we're citing you, I stated I already have a racial profiling law suit, and they stated we don't care we, run the streets, and fuck Mayor Fillippi, that asshole a criminal and he's on his way to jail. And their was several other inappropriate imprudent remarks.

On or about August 2005, while working security at the State Street Tavern, two unidentified officers, pulled in front of the bar and stated we have a warrant for your arrest (I was sober) and while at the Sergeant state we should file racial intimidation charges, that aroused the other officer and they stated that it and illicit grab me and bang my face against the counter steel wire fence and accousted me down the hall, to a holding.(See video tape on August 11,2005, police booking station.

On or about August 2005, while crossing 21th and Parade Officer Victory, saw me and turn around and said Amos, I got a warrant for your arrest, for the same charge I was **ROR,** for last week while work at State Street Tavern, in front of Magistrate Vendette. Contrary to the miscarriage of justice, I was once again arraign on the exact same charge, this time place in Erie County Prison, on a $5,000 ten percent. This violate U.S. Constitution 8th amendment excessive bail

On or about September 2005, while going to work at Buffalo Rd and Broad Street, at 4:30 in the morning several police cars kept putting on their sirens, exhibiting inappropriate conducts, drivig around me over and over again.

On September 2005, while on a friend porch in the 300 block of 11th Street, they pulled over and ask the resident person unknown questions. I just walk in house.

On September 22nd on 26th and German, while at a friend house, (this happen on a few occasions) they kept riding up and down the street, harassing me and finally parking and harassing my friends.

While walking to the library on September 23, 2005, under cover police about four I could tell by the Police emblem, on the license plate, was following me around.

                              Respectfully Submitted

                              Amos Tate    */s/ Amos Tate*

                              September 23, 2005