<u>IN THE US WESTERN DISTRICT COURT OF PENNSYLVANIA</u>

<u>Amos Tate</u>
   <u>verse</u>
<u>City of Erie</u>
<u>Mayor Rick Fillippi</u> et-al.

<u>Civil Action</u>

<u>CA 05-175 E</u>

<u>Motion for Enlargement</u>

Now comes Amos Tate, pro se litigant in this above Racial Profiling civil action, reluctantly needs an enlargement of 90 days, for the conference dated November 29, due to a continuity of Illegal actions by Erie County authorities; nemesis of opprobrious improprieties.

Sincerely Submitted

Amos Tate

11/15/05