Amos Tate
v
City of Erie
Mayor Rick Fillippi                    CA 05-175 F

# Federal
## Judge Sean McLaughlin

I have a temporary Injunction that Officer DeLuca, Officer Victory, Officer Hill, of the Erie City Police Department, to have absolutely no contact with me, since he's a person in my law suit. He once again illegally place handcuffs (Victory) on me & illegally detain me in Erie County Prison, stating a bail piece was issue by a Common Pleas of Erie County Judge. They shown me no commitment papers or a court order recommitting me too Erie County Prison. Or have I been in front of a Common Pleas Judge, stating bail was revoke.

These nemesis of city & county official have articulate irreparable asperity affliction, to me, lossing another Job at DHL packaging (through Express Personell temp agency).

Please take time to review this

Temporary Injunction Motion, with x-existently, cause the facilitation of retaliation vendetta is paramount vividly. They're apprehended me on three separate occasion on this frivolous detainment. August 12, August 31 and November 13, of a simple assault (m2) concocting bail circumstances, with false paperwork. Officer Hill, was bribe by the victim relative, who he stated didn't your cousin tell you.

In the optimum interest of Justice, review the criteria of the motion file.

Respectfully Submitted

Amos Dab

11/14/05