Civil Action 05-175 E

Copy of Certified mail - receipt mailed Order/Briefing schedule to Amos Tate on 11-29-05

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

ERIE PA 16503

| | |
|---|---|
| CA05-175 Postage | $ .37 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.42 |

Sent To: Amos Tate
Street, Apt. No.; or PO Box No.: 341 E 21st Street
City, State, ZIP+4: Erie PA 16503

PS Form 3800, June 2002    See Reverse for Instructions

7004 2890 0004 6043 8959