```
                        CITY OF ERIE                    Date: 10/03/2005
                      POLICE DEPARTMENT                 Page:        1
Case Description:                          Case Number: 1999-00027096
STALKING


Primary Victim:  MAY,PHYLLIS,,


Date/Time Reported: 08/05/99  7:50 Hrs.    Dispatch Incident Type:
Date/Time Occurred: 08/05/99  7:50 Hrs.    Harrasment
Date/Time Between : 08/05/99  7:50 Hrs.
Location Occurred : 1325 W 21 ST
Area: Area 3       Section: z                    Grid: E4


Reporting Officer :     336  GATTI,ADAM,EUGENE,

Case Status: Open        Disposition:              Disp. Date:

No. of Offenses:   1   No. of Offenders:   1   No. of Victims:   1




Offense Number:   i
Crime Code: 02709 HARASSMENT
Statute . : CC2709B2                 Attempted/Committed : Committed
Stat Desc : STALKING
Statute ORI/Group . : S              Agg Aslt/Homc Crcmst:
Counts . . . . . . : 001             Larceny/Theft Offnse:
Offense Date . . . : 08/05/1999      Victim Drug Related :
Abandoned Structure : NO             Property Damage . .


SUBJECTS:

Suspect  . : Present Information
  Primary      TATE,AMOS,LEE,                  Phone: 814-452-6107
  Suspect      341 E 21 ST
               ERIE              PA 16503

  AKA:
    TATE,AMOS,,                                          Other
    TATE,AMOS,L,                                         Other
    TATE,LEE,,                                           Other
    TATE,LEE,A,                                          Other

    Race : Black      Sex: Male         D.O.B: 08/09/61  Age:   44
    Hgt : 5'10"  Wgt: 250  Hair: Brown     Eyes . . : Brown
    Build: Medium    Complexion: Dark Black   Ethnicity:
    Dr Lic #: 19890584          St:  PA  Soc Sec #: 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
    OCA        19095           FBI Number 734289X1
    State ID# 14774416

    Statement Type  :             Related Offenses :   1

Victim . . : Present Information
  Primary      MAY,PHYLLIS,,                  Phone: 814-451-0426
  Individual 273 NORMAN WAY
             ERIE              PA

    Race : White      Sex: Female       D.O.B: 02/01/63  Age:  42
```

(

CITY OF ERIE
POLICE DEPARTMENT

Date: 10/03/2005
Page: 2

Case Description:
STALKING

Case Number: 1999-00027096

Dr Lic #:                          St:          Soc Sec #: 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

Business:  METRO HEALTH CENTER                Phone: 814-870-3400
           252 W 11 ST
           ERIE                      PA 16501
      Statement Type :                  Related Offenses :    1

VICTIM OFFENDER RELATIONSHIPS:
TATE,AMOS,LEE,                                          Acquaint

Property:
     Item Number . :   1  Subject #:       Subject Type:
     Evidence #  . :   24199AA
     Property Code : Evidence       Property Type  : Misc
     Property Class: Misc.
     Date Received : 08/05/99      Initial Value  :         .00
     Date Recovered: 08/05/99      Recovered Value:         .00
     Recovery Loc. : Fam Resid     Recovery Code  :
     RFOJ?: N  Notify Owner Date:          Notified How?:
     Prp Loc . . . :   EPD  Bin : EDisposition  . : DESTROYED11/13/2003

     Year  . . .    / LETTER TO VICTIM
     Quantity  . :         1.000   IT  Model/Style:
     Registratn# :             State :             Expires :

Dispatch Narrative
Information on the units assigned to the call follows.
     Unit#: 1CL3  Radio#: 000   Ofcr 1:          Ofcr 2:
     DSP: 08/05/99 07:50   ARV:   /  /    :   CLR: 08/05/99 07:50


Officer A. Gatti
     Victim Phyllis May came into EPD with a letter she received at
her mother's address from suspect Amos Tate.   Mr. Tate is currently
an inmate of PA Department of Corrections at 1 Kelly Drive, Coal
Township, PA, 17866-1021.  His inmate number appears with his name on
the return address, the number is somewhat unclear but looks like
DN-0080.  Mrs. May stated this was the third letter she has received
from him.  The first was approximately one year to.  This letter was
not threatening orr disturbing to her as it only contained small
talk.  She received the second approximately five months later, she
did not open it she put a question mark on it and marked it reutnto
sender.  The only connection to Mr. Tate is that they knew each other
in high school.  Mrs. May graduated from Tech in 1981.  Mr. Tate
graduated from Tech in 1980.  She does not know how he got her
married name as they have not spoke for approximately 16 years.  She
did state he knows her social security number because he stole her
social security card from her in high school.  The third letter is
the only one she has and is booked into evidence (tag #24199).  The
third letter contains irrational statements concerning the victim's
character and her families character. Mr. Tate does have a violent
past including aggravated assault, PFA violations and resisting
arrest.  Request CID follow up.
*

2

CITY OF ERIE
POLICE DEPARTMENT

Date: 10/03/2005
Page:        3
Case Number: 1999-00027096

Case Description:
STALKING

supv:McDonald
Attachment:
Letter


Sgt. R. McDonald 8-5-99
    On this date, I spoke to Lt. Mattis in the security office of the
State Correctional Facility in Caol Township, Pa, phone
#1-570-6440-7890, in regards to this incident. Lt. Mattis informed me
of the procedure that needed to be followed to stop suspect Amos Tate
from corresponding with Phyllis May.  I in turn contacted may and
provided her with the information she needed to contact Lt. Mattis
and stop Tate from contacting her.  I also took this opportunity to
ask may how she would like to pursue this case.  She agreed to
contact Lt. Mattis and stated she would like a report for further
future reference.  May stated she will contact us if Tate makes any
further contact, at which time I advised her we could pursue
harassment and stalking charges.

CITY OF ERIE
POLICE DEPARTMENT

Date: 10/03/2005
Page:    1

Case Description:
MISCELLANEOUS

Case Number: 2003-00002058

Primary Victim:  NONE

Date/Time Reported: 01/16/03 13:57 Hrs.
Date/Time Occurred: 01/16/03 13:57 Hrs.
Date/Time Between : 01/16/03 13:57 Hrs.
Location Occurred : 100 STATE ST
Area: Area 1        Section: z

Dispatch Incident Type:
Threats

Grid: B7

Reporting Officer :      305  KENSILL,KENNETH,K,

Case Status: Excpt Clr    Disposition: Excpt Clr    Disp. Date: 01/16/03

SUBJECTS:

. . . . . : Present Information
TATE,AMOS,LEE,
341 E 21 ST
ERIE

Phone: 814-452-6107

PA 16503

Race : Black        Sex: Male              D.O.B: 08/09/61  Age:  44
Hgt : 5'10"    Wgt: 250  Hair: Brown        Eyes . . : Brown
Build: Medium      Complexion: Dark Black    Ethnicity:
Dr Lic #: 19890584                 St:  PA  Soc Sec #: 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

Residence Type  : Residence          Residence Status : Resident

Dispatch Narrative
Additional Information:
NNINI OR CHRISTINE TRABEL ABOUT AMOS TATE

Information on the units assigned to the call follows.
    Unit#: 2B1    Radio#: 000    Ofcr 1:       305  Ofcr 2:
        DSP: 01/16/03 15:02    ARV:           :    CLR: 01/16/03 17:14
    Unit#: 2C2    Radio#: 000    Ofcr 1.       263  Ofcr 2:
        DSP: 01/16/03 16:03    ARV:           :    CLR: 01/16/03 16:04
    Unit#: 2C3    Radio#: 192    Ofcr 1:       232  Ofcr 2:
        DSP: 01/16/03 16:04    ARV:           :    CLR: 01/16/03 16:17
CALLING AND THREATENING THEM                           13:57:11
HEADING TO 215 E 23RD TO LOCATE TATE                   16:02:58

Officer: Kensill
    On 1-16-03 2-B-1 Kensill was dispatched to 100 State St to speak
with us attorney Marshal Piccinini in regards to Amos Tate. Upon
arrival I spoke with Atty Piccinini who stated that he received a
message from Amos Tate on his phone. The message stated that Amos was
upset with nobody in the Us justice helping Amos with the hate crimes
against him. Amos stated that he would have to take matters into his
own hands and he wouldn't be responsible for his actions. Amos named
Sam Spencer who works as ECP. A John Southworth who lives at 5116
Clinton Ave, John Garr and Denise Garr. Amos state these individuals

CITY OF ERIE                                      Date: 10/03/2005
POLICE DEPARTMENT                                 Page:       2
Case Description:                 Case Number: 2003-00002058
MISCELLANEOUS

committed hate crimes against him and if he takes matters into his
own hands, he would not be responsible. Myself and Sgt McDonald went
to Amos address 215 East 23rd St and spoke with Amos who stated he
was  not going to hurt anybody and he would be contacting atty
Piccinini tomorrow. Atty Picinini said he would be saving the
recording in case its needed later. An attempt will be made to
contact the people Amos mentioned.

Cpl Kensill  supv: Lt Liebel

attachment
scope printout

CITY OF ERIE                                    Date: 10/03/2005
POLICE DEPARTMENT                               Page:        1

Case Description:                               Case Number: 2003-00020047
VANDALISM (MOTOR VEHICLES)

Primary Victim:  TATE,AMOS,LEE,

Date/Time Reported: 05/05/03 14:05 Hrs.    Dispatch Incident Type:
Date/Time Occurred: 03/03/03  0:00 Hrs.    Vandalism
Date/Time Between : 05/05/03  0:00 Hrs.
Location Occurred : ABOUT TOWN
Area: About Town    Section: z                 Grid:


Reporting Officer :      528  MICHALAK,JULIET,A,

Case Status: Open        Disposition:          Disp. Date:

No. of Offenses:   1   No. of Offenders:  UK   No. of Victims:   1


Offense Number:   1
Crime Code: 03304 CRIMINAL MISCHIEF
Statute . : CC3304                    Attempted/Committed : Committed
Stat Desc : CRIMINAL MISCHIEF
Statute ORI/Group . : S               Agg Aslt/Homc Crcmst:
Counts . . . . . . : 001              Larceny/Theft Offnse:
Offense Date . . . :                  Victim Drug Related :
Abandoned Structure : NO              Property Damage . .


SUBJECTS:

Victim . . : Present Information
  Primary    TATE,AMOS,LEE,                    Phone: 814-452-6107
  Individual 341 E 21 ST
             ERIE                  PA 16503

    Race : Black    Sex: Male        D.O.B: 08/09/61  Age:  44
    Hgt : 5'10"  Wgt: 250  Hair: Brown    Eyes . . : Brown
    Build: Medium    Complexion: Dark Black   Ethnicity:
    Dr Lic #: 19890584         St:  PA  Soc Sec #: 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

    Statement Type :                 Related Offenses :   1

Property: TATE,AMOS,LEE,
    Item Number . :   1  Subject #:  1  Subject Type: Victim
    Property Code : Dst/Dmg/Vd  Property Type : Automobile
    Property Class: Misc.
    Date Received : 05/05/03    Initial Value :        .00
    Date Recovered:            Recovered Value:        .00
    RFOJ?: N  Notify Owner Date:        Notified How?:
    Prp Loc . . :      Bin : Disposition . :

    Vehicle Year:    0
    Description : HYUNDAI
    Make . . . : HYUNDAI    Model :          Style . :
    Color Top . : BLUE/AQUA    Bottom:          Interior:

```
                        CITY OF ERIE                    Date: 10/03/2005
                     POLICE DEPARTMENT                  Page:         2
    Case Description:                          Case Number: 2003-00020047
VANDALISM (MOTOR VEHICLES)

        License # . :              State :   PA       Expires :
        Owner's Name: TATE,AMOS,LEE,

Dispatch Narrative
Additional Information:
3718 HAZEL ST
.
Information on the units assigned to the call follows.
    Unit#: 1CL1   Radio#: 000   Ofcr 1:      528  Ofcr 2:      528
        DSP: 05/05/03 14:05   ARV: 05/05/03 14:05  CLR: 05/05/03 14:05


J. Michalak
    Victim came to EPD to report that he has been the victim of
criminal mischief over a two month period involving listed vehicle.
Victim states the following vandalism occurred to his vehicle during
above listed time period:
-antenna broken
-punctured drivers side front tire
-power steering line tampered with
-two hubcaps removed from vehicle

supv:Kaschalk
```

CITY OF ERIE                                    Date: 10/03/2005
POLICE DEPARTMENT                               Page:        1
Case Description:                               Case Number: 2004-00052970
LARCENY (MAIL)

Primary Victim:  TATE,AMOS,LEE,

Date/Time Reported: 09/17/04 14:45 Hrs.    Dispatch Incident Type:
Date/Time Occurred: 04/01/03  0:00 Hrs.    Theft
Date/Time Between : 09/17/04  0:00 Hrs.
Location Occurred : 341 E 21 ST
Area: Area 3        Section: sec3-5                    Grid: E8


Reporting Officer :        573  WATKINS,,CARRIE,

Case Status: Open          Disposition: Excpt Clr    Disp. Date: 12/09/04

No. of Offenses:   1   No. of Offenders:    1   No. of Victims:    1


Offense Number:    1
Crime Code: 03921 THEFT BY UNLWF TAKING OR DISPO
Statute . : CC3921                   Attempted/Committed : Committed
Stat Desc : THEFT BY UNLWF TAKING OR DISPO
Location Type  : Residence        Criminal Activity . :
Statute ORI/Group . : S           Agg Aslt/Homc Crcmst:
Counts . . . . . . . : 001        Larceny/Theft Offnse: Other
Offense Date . . . . : 09/17/2004 Victim Drug Related :
Abandoned Structure : NO          Property Damage . . :
UCR Return A . . . . : LarcenyTot UCR Stolen Property : Larc - $50


SUBJECTS:

Suspect . : Present Information
  Primary      ,MARK,,                            Phone:
  Suspect


    Race : White      Sex: Male          D.O.B:            Age:
    Dr Lic #:                     St:      Soc Sec #: 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
          POST OFFICE                    E. 38TH ST.

    Statement Type :                  Related Offenses :   1

Victim . . . : Present Information
  Primary      TATE,AMOS,LEE,                    Phone: 814-452-6107
  Individual 341 E 21 ST
             ERIE                       PA 16503

    Race : Black      Sex: Male         D.O.B: 08/09/61  Age:   44
    Hgt : 5'10"  Wgt: 250  Hair: Brown      Eyes . . : Brown
    Build: Medium     Complexion: Dark Black  Ethnicity:
    Dr Lic #: 19890584            St:   PA  Soc Sec #: 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

    Statement Type :                  Related Offenses :   1

Dispatch Narrative

8

```
                         CITY OF ERIE                    Date: 10/03/2005
                       POLICE DEPARTMENT                 Page:         2
     Case Description:                        Case Number: 2004-00052970
     LARCENY (MAIL)
```

Additional Information:
SUSPECT IS MARK T. (UNK. LAST NAME)
WORKS AT E. 38TH ST. POST OFFICE


C. Watkins
     Victim Amos Tate called today, 9-17-04 1448 hours to report that
he has not received his mail since June of 2004.  He has called the
post office (East 38th) and has gotten no results from them.

     Tate suspects Mark (unknown last name) who works at the East 38th
Street post office location.

     Refer to CID.

signed:C. Watkins


REFERRED TO POSTAL INSPECTOR

```
                        CITY OF ERIE                    Date: 10/03/2005
                      POLICE DEPARTMENT                 Page:        1
Case Description:                          Case Number: 2004-00064075
SUSPICIOUS INCIDENT

   Primary Victim:  NONE

   Date/Time Reported: 11/10/04  7:50 Hrs.   Dispatch Incident Type:
   Date/Time Occurred: 11/07/04 20:00 Hrs.   Burglary
   Date/Time Between : 11/09/04 18:00 Hrs.
   Location Occurred : 2631 FAIRMONT PW
   Area: Area 3        Section: sec3                Grid: E13


   Reporting Officer :     390  CLEMENT,CHRISTOPHER,,

   Case Status: Excpt Clr   Disposition: Excpt Clr   Disp. Date: 11/07/04



   SUBJECTS:


   . . . . . : Present Information
               HUGHES,GLEN,,                          Phone:
               2631 FAIRMONT PW
               ERIE                        PA

      Race : Black      Sex: Male          D.O.B:          Age:
      Dr Lic #:                       St:     Soc Sec #: 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

   Complainant: Present Information
               TATE,AMOS,LEE,                     Phone: 814-452-6107
               341 E 21 ST
               ERIE                        PA 16503

      Race : Black      Sex: Male          D.O.B: 08/09/61 Age:  44
      Hgt : 5'10"  Wgt: 250  Hair: Brown      Eyes . . : Brown
      Build: Medium     Complexion: Dark Black  Ethnicity:
      Dr Lic #: 19890584              St:  PA  Soc Sec #: 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

      Residence Type : Residence         Residence Status : Resident

Dispatch Narrative
Information on the units assigned to the call follows.
   Unit#: 1B3    Radio#: 000   Ofcr 1:      390  Ofcr 2:      390
      DSP: 11/10/04 08:30   ARV: 11/10/04 08:46  CLR: 11/10/04 10:21


CAD System Narrative
UNIT#: 1B3    Re-Routed at 09:21:23 on 11/10/04 to 2004-00064091.


Officer: Clement
   1-B-3 Clement Wednesday 11-10-04 On or about 750 hrs dispatched to
2631 Fairmont Parkway for a prior burglary.

   Upon arrival, spoke to Amos Tate 43 b/m, who stated someone broke
his window and gained entry. Tate first stated that he locked the
window including the safety lock Tuesday night and when he returned
```

CITY OF ERIE
POLICE DEPARTMENT

Date: 10/03/2005
Page:         2

Case Description:                                    Case Number: 2004-00064075
SUSPICIOUS INCIDENT

this morning he found the window unlocked and the safety lock broken.
Tate also stated the window would  not lock back up. Tate stated that
he is just moving into the apt and he did not have many belongings
there and nothing was taken.

   This officer observed the window and found the safety lock was not
broken it was shut. This officer was also able to observe the top
window was slightly down not allowing the locks to latch. Amos was
made aware of the findings and was able to lock the window.

   Amos then stated that he last locked the window on Sunday night
11-7-04 at 2000 and saw it was open on Tuesday night 11-9-04 at 1800
hrs. Amos stated he lives with Glen Hughes but he was not home during
this period and no one was in the apt.

   This officer did not observe any apparent forced entry to the
window either inside the residence or outside.

   The window in question is the front bedroom the south east window.
It is undetermined if anyone gained entry. Amos was advised to call
back if upon future incidents.

Officer; Clement  supv: Sgt Falconer

```
                          CITY OF ERIE                    Date: 10/03/2005
                        POLICE DEPARTMENT                 Page:        1
Case Description:                              Case Number: 2004-00066273
DISTURBANCE ( FIGHT )

Primary Victim:  NONE

Date/Time Reported: 11/21/04  2:18 Hrs.     Dispatch Incident Type:
Date/Time Occurred: 11/21/04  0:00 Hrs.     Fight
Date/Time Between : 11/21/04  0:00 Hrs.
Location Occurred : 1837 BUFFALO RD
Area: Area 3        Section: sec3                    Grid: E11


Reporting Officer :      357   MANCUSO,MICHAEL,R,

Case Status: Excpt Clr   Disposition: Excpt Clr   Disp. Date: 11/21/04



SUBJECTS:

. .  .  .  .  : Present Information
                TATE,AMOS,LEE,                   Phone: 814-452-6107
                341 E 21 ST
                ERIE                    PA 16503

     Race : Black     Sex: Male         D.O.B: 08/09/61  Age:  44
     Hgt : 5'10"   Wgt: 250  Hair: Brown     Eyes . . : Brown
     Build: Medium       Complexion: Dark Black  Ethnicity:
     Dr Lic #: 19890584           St:  PA  Soc Sec #: 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

     Residence Type  : Residence     Residence Status : Resident

. .  .  .  .  : Present Information
                SMITH,JAMAL,,                    Phone:


     Race : Black     Sex: Male         D.O.B: 02/24/85  Age:  20
     Hgt :       "   Wgt:      Hair: Black     Eyes . . : Brown
     Build:          Complexion:           Ethnicity: NonHispani
     Dr Lic #:               St:     Soc Sec #: 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

     Residence Type  : Residence     Residence Status : Resident

Witness  . : Present Information
                WHITE,BILLY,DWAYNE,              Phone: 814-882-8461
                1028 E 11 ST   1FL
                ERIE                    PA 16503

     Race : Black     Sex: Male         D.O.B: 04/15/61  Age:  44
     Hgt : 6'02"  Wgt: 190  Hair: Black     Eyes . . : Brown
     Build: Medium     Complexion: Dark Black  Ethnicity: NonHispani
     Dr Lic #: 25636474           St:  PA  Soc Sec #: 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

Business:   METROPLEX                          Phone:
            1837 E BUFFALO RD
            ERIE                    PA
     Residence Type  : Residence     Residence Status : Resident
```

12

CITY OF ERIE
POLICE DEPARTMENT

Date: 10/03/2005
Page:       2

Case Description:
DISTURBANCE ( FIGHT )

Case Number: 2004-00066273

Witness   . : Present Information
ROBERTS,TOYA,,
454 E 23 ST
ERIE                              PA

Phone: 814-454-0619

Race : Black        Sex: Female          D.O.B: 04/18/81  Age:   24
Hgt  : 5'08"    Wgt: 145   Hair: Black       Eyes . . : Brown
Build: Medium        Complexion:            Ethnicity:
Dr Lic #:                         St:       Soc Sec #: 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

Residence Type : Residence          Residence Status : Resident

Dispatch Narrative
Additional Information:
TRIED TO CALL THEM NO NUMBER LISTED

Information on the units assigned to the call follows.
    Unit#: 3B1    Radio#: 000    Ofcr 1:       348    Ofcr 2:       348
       DSP: 11/21/04 02:21   ARV: 11/21/04 02:23  CLR: 11/21/04 02:30
    Unit#: 3B5    Radio#: 000    Ofcr 1:       284    Ofcr 2:       284
       DSP: 11/21/04 02:21   ARV: 11/21/04 02:23  CLR: 11/21/04 02:30
    Unit#: 3B7    Radio#: 054    Ofcr 1:       357    Ofcr 2:       357
       DSP: 11/21/04 02:21   ARV: 11/21/04 02:22  CLR: 11/21/04 03:47
    Unit#: 2Q1    Radio#: 004    Ofcr 1:       330    Ofcr 2:       330
       DSP: 11/21/04 02:21   ARV:          :   CLR: 11/21/04 03:05
    Unit#: K7     Radio#: 074    Ofcr 1:       256    Ofcr 2:       256
       DSP: 11/21/04 02:21   ARV:          :   CLR: 11/21/04 02:43
    Unit#: 3C1    Radio#: 171    Ofcr 1:       279    Ofcr 2:       279
       DSP: 11/21/04 02:22   ARV: 11/21/04 02:30  CLR: 11/21/04 02:43
    Unit#: 3B8    Radio#: 000    Ofcr 1:       311    Ofcr 2:       311
       DSP: 11/21/04 02:23   ARV:          :   CLR: 11/21/04 02:45
    Unit#: K4     Radio#: 040    Ofcr 1:       216    Ofcr 2:       216
       DSP: 11/21/04 02:23   ARV:          :   CLR: 11/21/04 02:43
    Unit#: 3B6    Radio#: 000    Ofcr 1:       373    Ofcr 2:       373
       DSP: 11/21/04 02:23   ARV: 11/21/04 02:27  CLR: 11/21/04 02:43
    Unit#: 3A2    Radio#: 000    Ofcr 1:       314    Ofcr 2:       395
       DSP: 11/21/04 02:30   ARV: 11/21/04 02:33  CLR: 11/21/04 02:46
    Unit#: 3G1    Radio#: 000    Ofcr 1:       213    Ofcr 2:       213
       DSP: 11/21/04 02:30   ARV:          :   CLR: 11/21/04 02:43
911 CALL - SCREAMING!!!!!!!!!!!!!!!!                    2:19:14
FEMALE CALLER SCREAMING TO SEND AN AMBULANCE ASAP        2:20:08
UNKNOWN WHAT EXACTLY GOING ON                           2:20:14
FEMALE DID STATE SHE DID NOT SEE ANY WEAPON             2:20:25
911 OPERATOR WAS TOLD TO NOTIFY EMERGYCARE TO GO TO     2:20:30
METROPLEX MAN DOWN                                      2:20:33
EMERGYCARE WAS ONLINE AS WELL -- ENROUTE                2:20:37
911 CALL DISPLAYED CELL# 504-6575                       2:20:50
UNABLE TO VERIFY OR CONFIRM ANY INFORMATION, FEMALE CALLER  2:21:05
HUNG UP                                                 2:21:07
CLLR ALSO RECEIVED  A CALL FROM  AN UNK FEMALE THAT THERE  2:22:52
RECD ANOTHER CALL BARBARA NOBLE WHO LIVES NEXT DOOR TO THE  2:26:45
METROPLEX AND SAID THEY ARE FIGHTING ALL OVER THE PLACE AND  2:27:03
A MAN IS DOWN, SHE CALLED FROM 897-1429.               2:27:17

ENTERED DEC 0 6 2004

**Crash Receipt**
**City of Erie, Bureau of Police**
Exchange of Accident Identification Information
Please Print – Press Hard – Use Ball Point Pen – No Carbon Paper Required

☐ Reportable
☒ Non-Reportable

| Accident Location | 21ST EAST AVE. |
| Officers Name & Badge No | ACR1 #391 |

| Date | Day | Time | County | Municipality | | Incident No |
|------|-----|------|--------|--------------|--|-------------|
| 12-4-04 | SATURDAY | 1455 | Erie #25 | Erie #302 | | 04-68460 |

| Operators License Number | State | Sex | DOB | | ☐ Legally Parked | ☐ Illegally Parked | ☐ Hit & Run |
|--------------------------|-------|-----|-----|--|------------------|--------------------|-------------|
| 19 890 584 | PA | M | 8-9-61 | | | | |

| Drivers Name | Address | | Home Phone |
|--------------|---------|--|------------|
| AMOS LEE TATE | 341 EAST 21ST ST. | | 452-4524 |

| Owners Name | Address | | Business Phone |
|-------------|---------|--|----------------|
| (SAME) | | | |

| VIN Number | Year# | Make# | Model | Color# | Body Type# | Vehicle Registration | State |
|------------|-------|-------|-------|--------|-----------|---------------------|-------|
| 1B3HD46T9SF646638 | 1995 | DODGE | SDN | RED | SDN | EYH4Q11 | PA |

| Vehicle Speed | Speed Limit | Direction | Vehicle Towed To | Violation Indicated | | Cited | Air Bags | Seat Belts |
|---------------|-------------|-----------|------------------|--------------------|--|-------|----------|-----------|
| UNK | 25 | NS | N/A | N/A | | | ☐ Yes ☐ Deployed | ☐ Used ☐ Not |

| Insurance Company | Agents Name & Phone Number | Policy Number |
|-------------------|----------------------------|---------------|
| SAFE AUTO INS | | AA00210560A-00 |

Passengers Name, Address, DOB, Seat Position, & Injuries
1)                                          2)
3)                                          4)

**\*- DO NOT USE CODES FROM STATE CRASH REPORT. USE PLAIN ENGLISH\***

| Operators License Number | State | Sex | DOB | | ☐ Legally Parked | ☐ Illegally Parked | ☐ Hit & Run |
|--------------------------|-------|-----|-----|--|------------------|--------------------|-------------|
| 27055 839 | PA | M | 7-1-83 | | | | |

| Drivers Name | Address | | Home Phone |
|--------------|---------|--|------------|
| ARMIN BASRAMOVIC | 1612 E27TH ST. | | 218-6196 |

| Owners Name | Address | | Business Phone |
|-------------|---------|--|----------------|
| VAUL TRUST | 3104 UNIONVILLE RD. CRANBERRY PA. | | |

| VIN Number | Year# | Make# | Model | Color# | Body Type# | Vehicle Registration | State |
|------------|-------|-------|-------|--------|-----------|---------------------|-------|
| 1G2NW52E13C208494 | 2003 | PONTIAC | SDN | BLACK | SDN | DTB-3188 | PA |

| Vehicle Speed | Speed Limit | Direction | Vehicle Towed To | Violation Indicated | | Cited | Air Bags | Seat Belts |
|---------------|-------------|-----------|------------------|--------------------|--|-------|----------|-----------|
| UNK | 25 | S | N/A | N/A | | | ☐ Yes ☐ Deployed | ☐ Used ☐ Not |

| Insurance Company | Agents Name & Phone Number | Policy Number |
|-------------------|----------------------------|---------------|
| STATE FARM | BOB MARTIN 725-3300 | 52 0833-A03-38D |

Passengers Name, Address, DOB, Seat Position, & Injuries
1)                                          2)
3)                                          4)

Witness Name, Address & Phone Numbers
1)                                          2)
3)                                          4)

**For further information concerning this incident Call Traffic Investigation at 870-1171 or 870-1419**

White - Central Records \*    Yellow - Traffic Investigations    Pink - Operator Number 1    Gold – Operator Number 2

RT – 01 (07-2003)

OPERATOR OF UNIT #1 STATES UNIT #2 WAS BEHIND HIS VEHICLE WHEN HE TURNED R ONTO E 21ST ST FROM EAST AVE. AS UNIT #1 MADE THE TURN, OPERATOR OF UNIT #2 IS ALLEGED TO HAVE TURNED ONTO THE SIDEWALK ATTEMPTING TO GO AROUND UNIT #1 AND MAKING CONTACT.

OPERATOR OF UNIT #2 STATES HE WAS MAKING A R-HAND TURN ONTO 21ST FROM EAST AVE. WHILE FOLLOWING BEHIND UNIT #1 WHO HE BELIEVED WAS GOING TO MAKE A L-HAND TURN ONTO 21ST. OPERATOR OF UNIT #2 STATES AS HE TURNED RIGHT ONTO 21ST ST. UNIT #1 DECIDED TO TURN RIGHT AT THE LAST SECOND, CUTTING HIM OFF AND MAKING CONTACT THIS ALSO CAUSED UNIT #2 TO TAKE EVASIVE ACTION AND PULL ONTO THE CURB IN ATTEMPTS TO AVOID THE COLLISION.

OPERATOR OF UNIT #1 INSISTED UNIT #2 WAS AT FAULT AND ITS OPERATOR TO BE UNDER THE INFLUENCE OF ALCOHOL. INVESTIGATION SHOWED NO EVIDENCE OF THE OPERATOR OF UNIT #2 TO BE UNDER THE INFLUENCE. MINOR DAMAGE NOTED TO BOTH VEHICLES.

15

```
City of Erie Public Safety      AEGIS PUBLIC SAFETY SYSTEM        PAGE      1
DATE 07/19/2005                      INCIDENT REPORT              PL1190
TIME 12:22:07                                                     FOGLE
```

---

INCIDENT #: 2005-00007140    ORI #: EPD          INCIDENT TYPE:  MSC P Misc.

LOCATION . . : 232 W 25 ST                                  VENUE: Erie
PHONE NUMBER  :      452-5000
NATURE OF CALL: COMP CALLED FROM ABOVE NUMBER SAYING HE IS

```
                   DATE:        TIME:
CALL . . . . : 02/10/2005   20:14:59  Thursday
CLEAR . . . . : 02/10/2005   20:14:59
```

AREA . . : Area 3      SECTION : sec4-5      BEAT: BEAT 5
QUADRANT: Grid 6-1    DISTRICT: Neighbor31    GRID: E6

UNIT 1 #: 2CL1    ID # 1: MCCOY,DIANE,,      ID # 2:
UNIT 2 #:         ID # 3:                    ID # 4:

RECEIVED ORI/ID : EPD        MCCOY,DIANE,,
DISPATCH ORI/ID :
DISPATCH SHIFT : 1430-2230
SOURCE . . . . : Telephone    REPORT REQUIRED: YES    MUTUAL AID:
DISPOSITION . . :             PRIORITY . . . : 4      CLEARED BY: MCCOY
LICENSE PLATE . :             LICENSE STATE  :

  ORIGINAL INFORMATION:
    LOCATION : 232 W 25 ST                           VENUE: Erie
    INCD TYPE:  MSC P Misc.          PRIORITY: 4

  DOCUMENTS:
    Dispatch Narrative
      Additional Information:
      IN THE ER AT ST V'S AND "HE THINKS HE WAS
      SHOT IN THE HEAD THIS MORNING AT HIS APT'
      HE DID NOT WANT TO ANSWER ANY QUESTIONS
      I HUNG UP WITH HIM AND CALLED THE HOSPITAL
      AND HIS CHART STATES "DIFFICULTY BREATHING
      AND BUMP ON HEAD" - THE HOSPITAL SAID THEY
      DID NOT CALL THE POLICE BECAUSE THERE WAS
      NO SUSPICION OF A CRIME REPORTED
      OIC ADVISED - NOT SENDING A CAR

  NAMES:
    Caller    : TATE,AMOS,,

/ 6

CITY OF ERIE                                    Date: 10/03/2005
POLICE DEPARTMENT                                Page:        1
Case Description:                              Case Number: 2005-00008844
TERRORISTIC THREATS

Primary Victim:  TATE,EDWARD,EARL,

Date/Time Reported: 02/20/05 22:34 Hrs.     Dispatch Incident Type:
Date/Time Occurred: 02/20/05 14:30 Hrs.     Threats
Date/Time Between : 02/20/05 14:30 Hrs.
Location Occurred : 2006 E 41 ST
Area: Area 3        Section: sec3                      Grid: G12


Reporting Officer :      371  SUCHY,MICHAEL,DAVID,

Case Status: Open        Disposition: Excpt Clr   Disp. Date: 02/28/05

No. of Offenses:   1   No. of Offenders:   1   No. of Victims:   1



Offense Number:   1
Crime Code: 02706 TERRORISTIC THREATS
Statute . : CC2706                    Attempted/Committed : Committed
Stat Desc : TERRORISTIC THREATS
Statute ORI/Group . : S               Agg Aslt/Homc Crcmst:
Counts . . . . . . : 001              Larceny/Theft Offnse:
Offense Date . . . : 02/20/2005       Victim Drug Related :
Abandoned Structure : NO              Property Damage . . :
UCR Return A . . . : Aslt Other       UCR Stolen Property :


SUBJECTS:

Complainant: Present Information
            TATE,JUDGE,,                           Phone: 814-825-8216
            2006 E 41 ST
            ERIE                          PA

   Race : Black      Sex: Male          D.O.B: 05/25/25  Age:  80
   Hgt : 5'09"   Wgt: 170   Hair:             Eyes . . :
   Dr Lic #:                      St:      Soc Sec #: 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


Suspect  . : Present Information
   Primary    TATE,AMOS,LEE,                      Phone: 814-452-6107
   Suspect    341 E 21 ST
            ERIE                          PA 16503

   AKA:
     TATE,AMOS,,                                         Other
     TATE,AMOS,L,                                        Other
     TATE,LEE,,                                          Other
     TATE,LEE,A,                                         Other

   Race : Black      Sex: Male          D.O.B: 08/09/61  Age:  44
   Hgt : 5'10"   Wgt: 250   Hair: Brown      Eyes . . : Brown
   Build: Medium     Complexion: Dark Black   Ethnicity:

CITY OF ERIE                              Date: 10/03/2005
POLICE DEPARTMENT                         Page:        2
Case Description:                        Case Number: 2005-00008844
TERRORISTIC THREATS

        Dr Lic #: 19890584          St:  PA  Soc Sec #: 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
        OCA       19095         FBI Number 734289X1
        State ID# 14774416

        Residence Type : Residence          Residence Status : Resident
        Statement Type :                     Related Offenses :  1

   Victim . . : Present Information
   Primary    TATE,EDWARD,EARL,                    Phone: 814-455-5804
   Individual 2109 CAMPHAUSEN AV
              ERIE                              PA

        Race : Black      Sex: Male           D.O.B: 11/02/46  Age:  58
        Hgt : 5'09"  Wgt: 170  Hair: Black        Eyes . . : Brown
        Build: Medium       Complexion: Dark Black  Ethnicity: NonHispani
        Dr Lic #:             St:         Soc Sec #: 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

   Business:  GENERAL ELECTRIC                      Phone:
              2901 E LAKE RD
              ERIE                 PA 16531
        Residence Type  : Residence          Residence Status : Resident
        Statement Type  :                     Related Offenses :  1


Dispatch Narrative
Additional Information:
AMOS CALLED THE RESIDENCE AND TOLD JUDGE TATE
THE FAMILY WILL BE KILLED IF THEY DON'T STAY


Information on the units assigned to the call follows.
     Unit#: 3B7    Radio#: 127    Ofcr 1:       371   Ofcr 2:
        DSP: 02/20/05 23:19  ARV: 02/20/05 23:30  CLR: 02/21/05 00:44
AWAY FROM WHITES - THEN AMOS APPROACHED COMP (EDDIE TATE)       22:34:39
AND TOLD HIM THE SAME THING                                     22:34:44
EDDIE ASKED HIM WHAT HE WAS TALKING ABOUT AND AMOS WALKED       22:34:57
AWAY                                                            22:35:00
AMOS IS WORKING AT METROPLEX - THAT IS WHERE HE APPROACHED      22:35:26
EDDIE                                                           22:35:27


M. Suchy - dictated
Ptlm M. Suchy #371, on 2/20/05 at approximately 2234 hrs dispatched
to 2006 E. 41st St. regarding a threats call via telephone.
*
Upon arrival I spoke with complainant, Judge Tate, an elderly b/m,
who stated that approximately 2.30 PM he received an anonymous
telephone call from a male voice.  Tate states he does not have
Caller ID and could not return the phone call.  The unknown male's
voice stated that his warning was for Eddie Tate, Robert Tate,
Bruce Tate and James Tate.  Those are the sons of the complainant,
Judge Tate, and if he did not warn them to leave an unknown w/m
and w/f alone, that someone was going to get killed.  Judge Tate
later contacted his kids and then receives a telephone call that
his son, Edward Earl Tate of 2109 Camphausen, was at the Metroplex
Bar earlier in the evening and an Amos Tate, alleged to be the

CITY OF ERIE                                          Date: 10/03/2005
POLICE DEPARTMENT                                     Page:         3
Case Description:                         Case Number: 2005-00008844
TERRORISTIC THREATS

doorman employeed by the Metroplex Bar, came up to him and gave
him a last warning to stay away from an unknown w/m and w/f or
there was going to be problems.
*
Upon speaking to Edward Tate, he stated he has no idea who the
w/m and w/f are but stated that Amos Tate is is cousin and that he
is mentally unstable and he could do something.  I advsied all
parties to stay away from Amos Tate and if he called the house or
threatened any of the family members, to immediately call police
as they were provided with the incident number.
*
The complainant and his four sons would like a detective to contact
Amos Tate to see what the problem is as they advised the reporting
officer not to go down to the Metroplex Bar because it may cause
further problems.  I advised a report would be written up as a
terroristic threat and referred to CID for further investigation
or a phone call.  They were also advised that Edward Tate and Judge
Tate may be contacted by detectives to assist them in their investi-
gation or clarify what was said.  Judge Tate said he does fear for
the safety of his children and does not know why his nephew would
be threatening them.
*
Signed:  M. Suchy


J. Holmes 2/28/05 suppl dictated
*
 J. Holmes 2/28/05 #05-08844
*
Det. Holmes, this is a supplemental.
*
On 2/24/05 at approximately 1100 hrs I spoke with Judge Tate,
complainant, in regards to this incident.  Tate's recollection of
what occurred reflects what was indicated in the initial report.
Tate went on to state that he has had no further contact with
suspect, Amos Tate, and states that his son, Edward Tate, has also
indicated to him that he has had no further contact with Amos in
regards to this incident.  Judge Tate states that he believes that
this is a one time incident and still does not know exactly why
Amos made the statements that he made in regards to this incident.
Judge Tate stated that he did not wish to have Amos Tate contacted
in regards to this incident.  He states that he and his son, Edward,
want this incident just to remain a matter of record.  I then
indicated to Judge Tate that I would monitor the situation and
that he or Edward could contact me at any time in regards to any
further incidents related to the threats made by Amos Tate during
this incident.  Judge Tate stated that he understood this advisement
and would contact me with any further information if it were to
develop.  Judge Tate expressed that he did not think that there
would be any further incidents involving Amos Tate but would
contact me if there were.  Judge Tate also indicated that he would
advise his son, Edward Tate, to do the same.

CITY OF ERIE                                    Date: 10/03/2005
POLICE DEPARTMENT                               Page:        1
Case Description:                          Case Number: 2005-00008915
MISCELLANEOUS

Primary Victim:  NONE

Date/Time Reported: 02/21/05 13:42 Hrs.    Dispatch Incident Type:
Date/Time Occurred: 02/21/05 13:42 Hrs.    Assault
Date/Time Between : 02/21/05 13:42 Hrs.
Location Occurred : 14 W 26 ST
Area: Area 3         Section: sec4-5                    Grid: E7


Reporting Officer :        238  FALCONER,THOMAS,J,

Case Status: Excpt Clr    Disposition: Excpt Clr    Disp. Date: 02/21/05



SUBJECTS:

Complainant: Present Information
             TATE,AMOS,LEE,                        Phone: 814-452-6107
             341 E 21 ST
             ERIE                        PA 16503

      Race : Black      Sex: Male          D.O.B: 08/09/61  Age:   44
      Hgt  : 5'10"   Wgt: 250  Hair: Brown      Eyes . . : Brown
      Build: Medium      Complexion: Dark Black    Ethnicity:
      Dr Lic #: 19890584              St:   PA  Soc Sec #: 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

      Residence Type  : Residence      Residence Status : Resident

Dispatch Narrative
Additional Information:
 AT THE MID CITY MOTEL APPROX A WEEK AGO   HE
SAYS IT WAS AGGREVATED

Information on the units assigned to the call follows.
    Unit#: 1B8    Radio#: 000    Ofcr 1:      379   Ofcr 2:      379
       DSP: 02/21/05 13:50   ARV: 02/21/05 14:01   CLR: 02/21/05 14:09
    Unit#: 1C5    Radio#: 000    Ofcr 1       238   Ofcr 2:      238
       DSP: 02/21/05 14:09   ARV: 02/21/05 14:09   CLR: 02/21/05 14:48


Sgt Falconer
   On 2-21-05 Mon, approx 1400 hrs, complainant Amos Tate came to the
station regarding a skin condition Tate wanted to show the police
marks on his skin which he said were from snake bites. I could not
detect any visible injuries to Tate.  Tate refused services from
Crisis, but said he was going to the skin doctor.

Sgt Falconer

CITY OF ERIE                                          Date: 10/03/2005
POLICE DEPARTMENT                                     Page:        1
Case Description:                          Case Number: 2005-00010768
ASSAULT AND BATTERY (SIMPLE)

Primary Victim:  TATE,WILLIE,JAMES,

Date/Time Reported: 03/04/05 15:46 Hrs.    Dispatch Incident Type:
Date/Time Occurred: 03/04/05 15:46 Hrs.    Assault
Date/Time Between : 03/04/05 15:46 Hrs.
Location Occurred : 848 E 5 ST
Area: Area 2        Section: sec1-5                   Grid: B9


Reporting Officer :      392  ROBERTS,WARREN,W,

Case Status: Closed        Disposition: Closed     Disp. Date: 03/04/05

No. of Offenses.  3   No. of Offenders:   1    No. of Victims:   1


Offense Number:   1
Crime Code: 02701 SIMPLE ASSAULT
Statute . : CC2701A1                 Attempted/Committed : Committed
Stat Desc : SIMPLE ASSAULT
Location Type . : Restaurant         Criminal Activity . :
Statute ORI/Group . : S              Agg Aslt/Homc Crcmst:
Counts . . . . . . : 001             Larceny/Theft Offnse:
Offense Date . . . : 03/04/2005      Victim Drug Related :
Abandoned Structure : NO             Property Damage . .
UCR Return A . . . : Aslt Other      UCR Stolen Property :


SUBJECTS:

Arrestee . : Present Information
  Primary    TATE,AMOS,LEE,                      Phone: 814-452-6107
  Arrest     341 E 21 ST
             ERIE                      PA 16503

  AKA:
    TATE,AMOS,,                                         Other
    TATE,AMOS,L,                                        Other
    TATE,LEE,,                                          Other
    TATE,LEE,A,                                         Other

    Race : Black     Sex: Male         D.O.B: 08/09/61  Age:  44
    Hgt : 5'10"   Wgt: 250   Hair: Brown      Eyes . . : Brown
    Build: Medium     Complexion: Dark Black   Ethnicity:
    Dr Lic #: 19890584          St:  PA  Soc Sec #: 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
    OCA       19095         FBI Number 734289X1
    State ID# 14774416

   Statement Type :              Related Offenses :   1

  Arrest Information:
    Arrest Date/Time : 03/04/05 15:46 Hrs.  Arrest Type . : Summoned
    Arresting Officer: HILL,ROBERT,W,

2(

CITY OF ERIE                              Date: 10/03/2005
POLICE DEPARTMENT                         Page:      2
Case Description:                         Case Number: 2005-00010768
ASSAULT AND BATTERY (SIMPLE)

     Arrest Location  : 3800 PLUM ST

     OBTS Number . . . :              Booking Number. . :    200510468A
     Charge Number. 001
        Crime Code: 02701   SIMPLE ASSAULT
        Statute . . : CC2701A          Attempted/Committed : Committed
        Stat Desc : SIMPLE ASSAULT
     Charge Number: 002
        Crime Code: 02709   HARASSMENT
        Statute . . : CC2709A1         Attempted/Committed : Committed
        Stat Desc : HARASSMENT
     Charge Number: 003
        Crime Code: 05503   DISORDERLY CONDUCT
        Statute . . : CC5503A          Attempted/Committed : Committed
        Stat Desc : DISORDERLY CONDUCT

Victim . . : Present Information
     Primary    TATE,WILLIE,JAMES,               Phone:
     Individual 531 E 22 ST
                ERIE                    PA 16503

        Race : Black     Sex: Male         D.O.B: 12/22/48  Age:   56
        Hgt : 5'07"  Wgt: 150  Hair: Black      Eyes . . : Brown
        Build: Medium      Complexion: Medium    Ethnicity: NonHispani
        Dr Lic #:                St:       Soc Sec #: 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

        Extent of Injury: Physically    Medical Treatment:
        Injury Type . . : App Minor     Injury Type . . :
        Statement Type :                Related Offenses :   1

Property: TATE,AMOS,LEE,
        Item Number . :    1  Subject #.    1  Subject Type: Arrested
        Property Code : None/NotAp    Property Type : Automobile
        Date Received : 03/04/05      Initial Value :          .00
        Date Recovered:               Recovered Value:         .00
        RFOJ?: N  Notify Owner Date:          Notified How?:
        Prp Loc . . . :        Bin : Disposition . :

        Vehicle Year: 1995
        Description : '95 DODGE INTREPID-DARK MAROON
        Make . . . : DODGE       Model : Intrepid    Style . :
        Color Top . : Maroon     Bottom:            Interior:
        License # . : EYH4211    State :    PA       Expires . :
        Serial #/VIN: 1B3HD46T9SF646638   OAN . . :
        Owner's Name: TATE,AMOS,LEE,

Dispatch Narrative
Information on the units assigned to the call follows.
     Unit#: 2A2    Radio#: 000    Ofcr 1:      284   Ofcr 2:      392
        DSP: 03/04/05 15:47   ARV: 03/04/05 16:17  CLR: 03/04/05 19:31
     Unit#: 2B5    Radio#: 176    Ofcr 1:      318   Ofcr 2:      394
        DSP:          :         ARV: 03/04/05 16:50  CLR: 03/04/05 17:14
     Unit#: 2B6    Radio#: 000    Ofcr 1:      311   Ofcr 2:      311
        DSP:          :         ARV: 03/04/05 16:52  CLR: 03/04/05 17:03

CITY OF ERIE                                    Date: 10/03/2005
POLICE DEPARTMENT                               Page:        3
Case Description:                               Case Number: 2005-00010768
ASSAULT AND BATTERY (SIMPLE)

```
    Unit#: 2B8    Radio#: 000    Ofcr 1:        373    Ofcr 2:        373
        DSP: 03/04/05 17:28    ARV: 03/04/05 17:46    CLR: 03/04/05 17:55
    Unit#: 2C1    Radio#: 036    Ofcr 1:        279    Ofcr 2:        279
        DSP: 03/04/05 17:29    ARV:           :       CLR: 03/04/05 17:39
    Unit#: 2A1    Radio#: 000    Ofcr 1:        315    Ofcr 2:        371
        DSP:           :       ARV: 03/04/05 17:46    CLR: 03/04/05 17:52
    Unit#: 2B4    Radio#: 000    Ofcr 1:        382    Ofcr 2:        382
        DSP:           :       ARV: 03/04/05 17:46    CLR: 03/04/05 17:50
    Unit#: 3A3    Radio#: 000    Ofcr 1:        369    Ofcr 2:        366
        DSP: 08/11/05 00:51    ARV: 08/11/05 00:52    CLR: 08/11/05 01:00
    Unit#: T27    Radio#: 140    Ofcr 1:        324    Ofcr 2:
        DSP:           :       ARV: 08/27/05 20:39    CLR: 08/27/05 20:54
    Unit#: 2B9    Radio#: 000    Ofcr 1:        284    Ofcr 2:        284
        DSP: 08/27/05 20:40    ARV:           :       CLR: 08/27/05 20:42
    Unit#: T28    Radio#: 000    Ofcr 1:        324    Ofcr 2:        324
        DSP:           :       ARV: 08/27/05 20:54    CLR: 08/27/05 23:27
Information on the units assigned to the call follows.
    Unit#: 2A2    Radio#: 000    Ofcr 1:        284    Ofcr 2:        392
        DSP: 03/04/05 15:47    ARV: 03/04/05 16:17    CLR: 03/04/05 19:31
    Unit#: 2B5    Radio#: 176    Ofcr 1:        318    Ofcr 2:        394
        DSP:           :       ARV: 03/04/05 16:50    CLR: 03/04/05 17:14
    Unit#: 2B6    Radio#: 000    Ofcr 1:        311    Ofcr 2:        311
        DSP:           :       ARV: 03/04/05 16:52    CLR: 03/04/05 17:03
    Unit#: 2B8    Radio#: 000    Ofcr 1:        373    Ofcr 2:        373
        DSP: 03/04/05 17:28    ARV: 03/04/05 17:46    CLR: 03/04/05 17:55
    Unit#: 2C1    Radio#: 036    Ofcr 1:        279    Ofcr 2:        279
        DSP: 03/04/05 17:29    ARV:           :       CLR: 03/04/05 17:39
    Unit#: 2A1    Radio#: 000    Ofcr 1:        315    Ofcr 2:        371
        DSP:           :       ARV: 03/04/05 17:46    CLR: 03/04/05 17:52
    Unit#: 2B4    Radio#: 000    Ofcr 1:        382    Ofcr 2:        382
        DSP:           :       ARV: 03/04/05 17:46    CLR: 03/04/05 17:50
    Unit#: 3A3    Radio#: 000    Ofcr 1:        369    Ofcr 2:        366
        DSP: 08/11/05 00:51    ARV: 08/11/05 00:52    CLR: 08/11/05 01:00
Additional Information:
AAT JUDGES CORNER
AMOS IS GONE WEARING GRN SHIRT PROBABLY ON


Information on the units assigned to the call follows.
    Unit#: 2A2    Radio#: 000    Ofcr 1:        284    Ofcr 2:        392
        DSP: 03/04/05 15:47    ARV: 03/04/05 16:17    CLR: 03/04/05 19:31
    Unit#: 2B5    Radio#: 176    Ofcr 1:        318    Ofcr 2:        394
        DSP:           :       ARV: 03/04/05 16:50    CLR: 03/04/05 17:14
    Unit#: 2B6    Radio#: 000    Ofcr 1:        311    Ofcr 2:        311
        DSP:           :       ARV: 03/04/05 16:52    CLR: 03/04/05 17:03
    Unit#: 2B8    Radio#: 000    Ofcr 1:        373    Ofcr 2:        373
        DSP: 03/04/05 17:28    ARV: 03/04/05 17:46    CLR: 03/04/05 17:55
    Unit#: 2C1    Radio#: 036    Ofcr 1:        279    Ofcr 2:        279
        DSP: 03/04/05 17:29    ARV:           :       CLR: 03/04/05 17:39
    Unit#: 2A1    Radio#: 000    Ofcr 1:        315    Ofcr 2:        371
        DSP:           :       ARV: 03/04/05 17:46    CLR: 03/04/05 17:52
    Unit#: 2B4    Radio#: 000    Ofcr 1:        382    Ofcr 2:        382
        DSP:           :       ARV: 03/04/05 17:46    CLR: 03/04/05 17:50
FOOT - THIS IS AN ONGOING PROBLEM BETWEEN THESE PEOPLE          15:52:14
THE BROTHER IS WILLIE TATE                                      15:52:23
```

23

CITY OF ERIE                              Date: 10/03/2005
POLICE DEPARTMENT                         Page:        4
Case Description:                  Case Number: 2005-00010768
ASSAULT AND BATTERY (SIMPLE)

2A2 IS REQUESTING ECARE                                   16:17:15
LOOK FOR EMOS TATE BLUE JACKET BLUE JEANS BURGANDY DODGE  16:37:44
INTRPID 96-98 MODEL YEAR                                  16:37:55
ALSO MAY BE HIGH ON CRACK AND C10                         16:38:09
MIDCITY MOTEL AT 26TH AND PEACH UNIT BELIEVES THEY HAVE   16:49:47
AMOS TATES CAR THERE                                      16:49:50
LIBERTY TAX TOWARDS THE PLAZA                             17:44:55
INTO QUILITY MARKETS LOT                                  17:45:06
OUT WITH THE CAR IN THE LOT OF QUALITY EYH4211            17:47:14
3A3 OUT AT STATE SREET TAVERN AT 0048 HRS 08-11-05 CHECKING  0:53:47
FOR WANTED PERSON(AMOS TATE)                               0:53:55
3A1 1015 AT 0050 HRS                                       0:54:02
*********************                                     20:40:06
T27 OUT WITH C44 AMOS TATE AT 21/PARADE ST                20:40:23
BY HUTS PLACE                                             20:40:27
T27 IS 10-15                                              20:42:02


CAD System Narrative
MCCOY      CHANGED INCIDENT TYPE FROM   13 P           15:51:20
MCCOY      CHANGED CALL SOURCE FROM  TEL              15:51:20
MCCOY      CHANGED PHONE NUMBER FROM 0000000000       15:51:20
MCCOY      CHANGED CALL NAME FROM ,,,                 15:52:27
MCCOY      CHANGED NAME TYPE FROM                     15:52:27
MCCOY      CHANGED ADDITIONAL INFORMATION             15:52:27
--------------------------------------------------------
Incident Recalled From: 2005-00010768 PAO250200
UNIT#: 3A3    Re-Routed at 01:00:05 on 08/11/05 to 2005-00043677.
--------------------------------------------------------

Incident Recalled From: 2005-00010768 PAO250200


W. Roberts #392
*
Ref:  05-08844
*
   On 3/4/05 @ approx. 1547 hrs. 2A2 (R.Hill/Roberts) dispatched to
Judges Corner Restaurant at 848 East 5th for a domestic dispute.
Upon our arrival we spoke with victim Willie J. Tate who stated
Amos Lee Tate (his cousin) walked into the restaurant and assaulted
him.  Willie stated as he was getting up from the table after eat-
ing, Amos walked into the restaurant and said, "I've been lookin'
for you", then punched Willie in the left temple/cheek area.
Willie "saw stars" and fell to the ground.  Amos then kicked
Willie in the right upper arm, and left the restaurant without
saying another word.
*
   We had Emergycare (Bus 38) come to examine Willie.  They
requested that he go to a hospital. Willie refused to be trans-
ported by them, but said he would go to Hamot.  Bruce Tate,
Willie's brother, said that he would take him to Hamot.  We
cleared the scene.
*
   Willie's mother saw what had happened but refused to be a witness.

CITY OF ERIE                              Date: 10/03/2005
POLICE DEPARTMENT                         Page:        5
Case Description:                    Case Number: 2005-00010768
ASSAULT AND BATTERY (SIMPLE)

The employees did not see what happened, as they were in the back
of the restaurant.
*
   We attempted to locate Amos at his residence of 14 West 26th St.
Apt. #2, but had negative results.  Dispatch next informed us that
a complainant "Betty" called EPD and said Amos was at the "Rite Aid"
at Peach & Washington.  We had Dispatch notify Millcreek to see if
they could locate Amos there and hold him until we arrived to speak
with him.  EPD's 2B8 (Roofner) went to "Rite aid", as well, and had
negative results.
*
   We turned around and headed back to the statsion to charge.  We
saw Amos, and the car in question, at Cherry & Peach.  We followed
as we ran the plate.  Once confirmed by Dispatch that it was Amos'
car, we attempted to pull Amos over at 36th & Myrtle.  Amos did
not pull over until he ade it to a parking spot at Quality Market
at 38th & Plum.
*
   We asked him if his name was Amos and he said yes.  We then
advised hiim that he was going to be charged with a summons for
the assault at Judges Corner Restaurant.  We also advised him
that he was no longer to have contact with any of his family
members (the Tate side) and to stay out of Judges Corner
Restaurant.  He said he understood (replied with yes).  We
cleared without further incident.
*
   Ptlm. R. Hill called Robert Tate's cell phone (874-3961) and
reuqested that someone bring Willie to EPD so ID could take
pictures of any visible injuries.  Willie had not gone to the
hospital as of that time---per Robert Tate.
*
   Signed: W.Roberts #392   Supv: Lt. D.J. Fuhrmann #237   3/4/05
                        ATTACHMENTS
CRIMINAL COMPLAINT
WITNESS REQUEST FORM
FORENSIC EXAM REQUEST


P. Chandley 3-4-05
   3-4-05 per request of Cpl. Hill and Ptlm. Roberts, victim came to
the station and I4 took digital images of injuries to his left temple
area.  Images stored on the ID shared drive.


Roberts 4-26-05
   On April 25, 2005 at approx. 1000 hrs. I attended a hearing in
front of Judge Mack.  Amos Lee Tate (A) had charges of simple
assault, disorderly conduct, and harassment.  He nor the victim
attended the hearing so the ADA and Judge Mack moved to withdraw the
charges.


Romanski 8-11-05
   On 8-11-05 at approx. 0048 hrs. car 3A3 (Romanski/Goozdich)

CITY OF ERIE
POLICE DEPARTMENT

Date: 10/03/2005
Page:        6

Case Description:
ASSAULT AND BATTERY (SIMPLE)

Case Number: 2005-00010768

observed a wanted person Amos Tate, dob 8-9-61, in the 1000 blk of
State Street.  Warrant confirmed through dispatch.  Tate taken into
custody and transported to EPD by unit 3A3 and placed in cell A2.
Cancelled NCIC Joint #514 on 8-11-05 at 0141 hours.  CID# W000188238.


Officer R. Victory
     Tac 28 Victory did take Amos Tate into custody for warrants in
400 block East 21st Street.  Tate taken to EPD without incident.

ncic printout

CITY OF ERIE
POLICE DEPARTMENT

Date: 10/03/2005
Page:      1
Case Number: 2005-00015611

Case Description:
NOISE ORDINANCE

Primary Victim:  NONE

Date/Time Reported: 03/31/05 18:51 Hrs.      Dispatch Incident Type:
Date/Time Occurred: 03/31/05 18:45 Hrs.      Noise Ord
Date/Time Between : 03/31/05 18:45 Hrs.
Location Occurred : 900 E 25 ST
Area: Area 3        Section: sec3-5          Grid: E9


Reporting Officer :      386  SZOSZOREK,MELANIE,A,

Case Status: Closed        Disposition: Closed        Disp. Date: 03/31/04

No. of Offenses:  1    No. of Offenders:  1    No. of Victims:


Offense Number:  1
Crime Code: E7705 DISORDERLY CONDUCT
Statute . : E7705                    Attempted/Committed : Committed
Stat Desc : DISORDERLY CONDUCT
Location Type . : Hwy/Rd/Aly          Criminal Activity . :
Statute ORI/Group : PA0250200         Agg Aslt/Homc Crcmst:
Counts . . . . . : 001                Larceny/Theft Offnse:
Offense Date . . . : 03/31/2005       Victim Drug Related :
Abandoned Structure : NO              Property Damage . .


SUBJECTS:

Arrestee . : Present Information
   Primary     TATE,AMOS,LEE,                    Phone: 814-452-6107
   Arrest      341 E 21 ST
               ERIE                    PA 16503

   AKA:
      TATE,AMOS,,                                  Other
      TATE,AMOS,L,                                 Other
      TATE,LEE,,,                                  Other
      TATE,LEE,A,                                  Other

   Race : Black       Sex: Male          D.O.B: 08/09/61  Age:  44
   Hgt : 5'10"    Wgt: 250  Hair: Brown      Eyes . . : Brown
   Build: Medium      Complexion: Dark Black   Ethnicity:
   Dr Lic #: 19890584            St:  PA  Soc Sec #: 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
   OCA       19095          FBI Number 734289X1
   State ID# 14774416

    Residence Type : Residence      Residence Status : Resident
    Statement Type :                Related Offenses :   1

   Arrest Information:
    Arrest Date/Time : 03/31/05  0:00 Hrs.  Arrest Type . : Summoned
    Arresting Officer: SZOSZOREK,MELANIE,A,

CITY OF ERIE
POLICE DEPARTMENT

Date: 10/03/2005
Page: 2
Case Number: 2005-00015611

Case Description:
NOISE ORDINANCE

Arrest Location : 900 E 25 ST

OBTS Number . . . :                    Booking Number . . :    200515611A
Charge Number: 001
    Crime Code: E7705    DISORDERLY CONDUCT
    Statute . : E7705                  Attempted/Committed : Committed
    Stat Desc : DISORDERLY CONDUCT

Dispatch Narrative
Information on the units assigned to the call follows.
    Unit#: 2A2    Radio#: 000    Ofcr 1:        366    Ofcr 2:        386
     DSP:              :    ARV: 03/31/05 18:51  CLR: 03/31/05 19:02
10-30 CURTIS JOHNSON AND AMOS TATE                                18:55:10
NO PAPERS                                                         18:55:46


CAD System Narrative
TWOLFRAM   CHANGED INCIDENT TYPE FROM   47 P                      19:02:08


Officer: M Szoszorek
    In A-2 M Szoszorek/W Goozdich were assigned to the area of 24th and
Reed St to patrol area for complaint of vehicles playing loud music.
On Thurs 3-31-05 at approx 1845 hrs officers observed and heard a red
Ford Taurus Pa reg FXL6235 playing music that could be heard over 50'
away at 24th and Reed St. A traffic stop was initiated in the 900 blk
of East 25thst. Drivign was Amos Tate. He was cited for loud music
705.02 by Ptlmn W Goozdich through DJ LeFaiver. Citation #P5095879-5.

Officer: M Szoszorek  supv: Lt Liebel

28

```
                        CITY OF ERIE                    Date: 10/03/2005
                     POLICE DEPARTMENT                     Page:      1
Case Description:                           Case Number: 2005-00023482
TRAFFIC STOP - DARKNESS


Primary Victim:  NONE


Date/Time Reported: 05/10/05  4:06 Hrs.    Dispatch Incident Type:
Date/Time Occurred: 05/10/05  4:06 Hrs.    Trfc Stop
Date/Time Between : 05/10/05  4:06 Hrs.
Location Occurred : E 12 ST
Cross Street  . . : EAST AV
Area: Area 2          Section: sec3                  Grid: D9


Reporting Officer :      369  ROMANSKI,RICHARD,JAMES,

Case Status: Excpt Clr   Disposition: Excpt Clr   Disp. Date: 05/10/05

No. of Offenses:      No. of Offenders:   1    No. of Victims:




Offense Number:    1
Crime Code: OOOVC VEHICLE CODE
Statute . . : VCSUMM                Attempted/Committed : Committed
Stat Desc : SUMMARY VIO -MV CODE
Location Type . . : Hwy/Rd/Aly      Criminal Activity . :
Statute ORI/Group . : S             Agg Aslt/Homc Crcmst:
Counts . . . . . . : 001            Larceny/Theft Offnse:
Offense Date . . . : 05/10/2005     Victim Drug Related :
Abandoned Structure : NO            Property Damage . .


SUBJECTS:


. . . . . . : Present Information
              TATE,AMOS,LEE,                      Phone: 814-452-6107
              341 E 21 ST
              ERIE                       PA 16503


Race : Black       Sex: Male           D.O.B: 08/09/61  Age:   44
Hgt : 5'10"  Wgt: 250  Hair: Brown         Eyes . . : Brown
Build: Medium     Complexion: Dark Black   Ethnicity:
Dr Lic #: 19B90584              St:  PA  Soc Sec #: 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


Dispatch Narrative
Information on the units assigned to the call follows.
   Unit#: 3A1   Radio#: 000   Ofcr 1:      366  Ofcr 2:    369
      DSP:        :       ARV: 05/10/05 04:06  CLR: 05/10/05 04:15
10-30: AMOS TATE                                        4:06:38
10-30: BRIAN LYONS                                      4:08:26
3RAD CHECKED - NEG PAPERS ON BOTH                       4:08:55
NCIC: BRIAN LYONS DOB 08 01 67                          4:09:06
3SWB CHECKED - NEG NCIC                                 4:09:19
RE-CHECK: NCIC: BRIAN LYONS DOB 08 16 67                4:10:27
H/C REQUEST FOR BRIAN LYONS                             4:13:00
REFER TO INC# 05-13666 (BRIAN LYONS)                    4:13:38
```

CITY OF ERIE                              Date: 10/03/2005
POLICE DEPARTMENT                         Page:        2
Case Description:                   Case Number: 2005-00023482
TRAFFIC STOP - DARKNESS

SUBJ IN CUSTODY                                          4:14:34
H/C OLN 19890584 - (TATE) - PTLM ROMANSKI               4:14:48
UNIT REQ WRECKER                                         4:16:29
WARRANT CONFIRMED VIA WARRANT FILE                       4:17:47
WRECKER (Z-10) NOTIFIED                                  4:17:53
10-15                                                   4:25:48
3A3 STANDING BY FOR WRECKER                             4:26:01
3A3 CLEAR OF 12/EAST AV - COMING 10-19                  4:39:41


CAD System Narrative
UNIT#: 3A1    Re-Routed at 04:15:30 on 05/10/05 to 2005-00013666.


R. Romanski #369
    On 5-10-05 at approximately 0406 hrs., car 3A1 (Romanski/Goozdich)
observed a purple Dodge Intrepid, PA reg EYH-4211 in the 700 block of
E. 8th St.   The vehicle was being driven by suspended driver, Amos
Tate.   The vehicle was stopped in the 900 blk of E. 12th St., by 3A1.
Tate did not have a licensed driver to take the vehicle.   The vehicle
was a traffic hazard and was towed to Bizzarros.   Tate was cited by
this officer with PVC 1543a.   Unit 3A1 cleared without further
incident.

    signed:  Romanski/Goozdich  supv:  Sgt Goozdich   5-10-05

attachment:
tow slip 23259
ncic printout
vehicle release notification form

CITY OF ERIE
POLICE DEPARTMENT

Date: 10/03/2005
Page:        1

Case Description:
DRUNKENESS

Case Number: 2005-00043677

Primary Victim:  NONE

Date/Time Reported: 08/11/05  0:48 Hrs.      Dispatch Incident Type:
Date/Time Occurred: 08/11/05  0:48 Hrs.      Wntd Persn
Date/Time Between : 08/11/05  0:48 Hrs.
Location Occurred : 1013 STATE ST
Area: Area 2        Section: sec1-5                    Grid: C7

Reporting Officer :      366  GOOZDICH,WILLIAM,CLARK,

Case Status: Closed        Disposition: Closed        Disp. Date: 08/11/05

No. of Offenses:   2   No. of Offenders:   1   No. of Victims:   0

Offense Number:   1
Crime Code: 05505 PUBLIC DRUNKENNESS
Statute . : CC5505                     Attempted/Committed : Committed
Stat Desc : PUBLIC DRUNKNESS
Location Type . : Hwy/Rd/Aly           Criminal Activity . :
Alcohol Related : Yes                  Drug Related . . . :
Statute ORI/Group . : S                Agg Aslt/Homc Crcmst:
Counts . . . . . . : 001               Larceny/Theft Offnse:
Offense Date . . . : 08/11/2005        Victim Drug Related :
Abandoned Structure : NO               Property Damage . . :

SUBJECTS:

Arrestee . : Present Information
   Primary      TATE,AMOS,LEE,                       Phone: 814-452-6107
   Arrest       341 E 21 ST
                ERIE                      PA 16503

   AKA:
      TATE,AMOS,,                                        Other
      TATE,AMOS,L,                                       Other
      TATE,LEE,,                                         Other
      TATE,LEE,A,                                        Other

      Race : Black      Sex: Male           D.O.B: 08/09/61  Age:  44
      Hgt : 5'10"   Wgt: 250  Hair: Brown        Eyes . . : Brown
      Build: Medium       Complexion: Dark Black   Ethnicity:
      Dr Lic #: 19890584       St:  PA  Soc Sec #: 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
      OCA       19095             FBI Number 734289X1
      State ID# 14774416

   Statement Type  :                  Related Offenses :   1

   Arrest Information:
      Arrest Date/Time : 08/11/05  0:50 Hrs.  Arrest Type . : Summoned
      Arresting Officer: GOOZDICH,WILLIAM,CLARK,

CITY OF ERIE                                       Date: 10/03/2005
POLICE DEPARTMENT                                  Page:      3
Case Description:                          Case Number: 2005-00043677
DRUNKENESS

   Tate was taken into custody at which time he immediately became
disorderly, yelling at officers with a large crowd growing.  Tate
was transported to EPD by 3A3.  During transportation Tate repeatedly
yelling obscenities at officers, "Fuck you crackers".
*
   At EPd this officer repeatedly ordered Tate to keep his hands on
the cage in front of him.  Tate refused to keep his hands on the
cage.  This officer attempted to search Tate, when Tate immediately
threw his arms back, yelling "Don't fucking touch me".  Tate
continued his disorderly behavior and was placed in cell A-2 by
officers.
*
   Tate is being charged by this officer with violation of PACC 5505
and 5503(a)(2)(3)(4) on citations through D.J. Urbaniak's office.
*
   Signed: W. Goozdich #366   Supv: Lt. K. Werner #215    8/11/05
*                        ATTACHMENTS
BOOKING SHEET