IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMOS TATE | : | |
|     Plaintiff | : | C.A. NO. 05-175 ERIE |
| | : | |
| V | : | |
| | : | |
| MAYOR of the CITY OF ERIE, PA | : | |
| | : | |
| CITY OF ERIE POLICE DEPARTMENT | : | Judge MCLAUGHLIN |
| | : | |

### AFFIDAVIT OF POLICE CHIEF CHARLES BOWERS

    I, Charles Bowers, Chief of the City of Erie Bureau of Police, do hereby state that I have reviewed the computer records of fourteen incidents of Erie police activity in relation to Amos Tate, Plaintiff, spanning the years 1999 through 2005, which are being presented to the Court as part of the Defendants' Motion for Summary Judgment. To the best of my knowledge, information and belief, the nature and purpose of each such interaction between Plaintiff and Police Officers is accurately reflected in these reports. None of them indicate any type of improper stop, use of force or other harassment of Plaintiff, and I have no information to suggest that Plaintiff has been the subject of any improper police attention or use of force or other authority.

I swear that the foregoing statement is true and correct, and may be used in the civil action above-captioned.

                                              *Charles Bowers*
                                              Chief Charles Bowers, Erie Police Bureau

STATE OF PENNSYLVANIA

COUNTY OF ERIE

    On this, the __3__ day of __April__, 2006, appeared Chief Charles Bowers, known to me, who states that he signed the foregoing Affidavit of his own free will for the purposes stated therein.

                                              *Ruth A. Chlebus*

NOTARIAL SEAL
RUTH A. CHLEBUS, NOTARY PUBLIC
ERIE, ERIE COUNTY, PENNSYLVANIA
MY COMMISSION EXPIRES APRIL 8, 2006