IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMOS TATE, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 05-175 ERIE |
| ) | |
| MAYOR OF THE CITY OF ERIE, et. al., ) | |
|     Defendants. ) | |
| ) | |

## ORDER

AND NOW this __4th__ day of April, 2006, the Plaintiff having failed to effectuate service on the Defendant, Magistrate Sue Mack, within the time specified in Fed.R.Civ.P.4(m),

IT IS HEREBY ORDERED that the Plaintiff's claim against Magistrate Sue Mack is hereby DISMISSED for failure to prosecute.

                                                S/Sean J. McLaughlin
                                                Sean J. McLaughlin
                                                United States District Judge

cc: counsel/parties of record __NK__