IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMOS TATE, )<br>     Plaintiff, )<br> )<br>vs. )<br> )<br>MAYOR OF THE CITY OF ERIE, et. al., )<br>     Defendants. )<br> ) | Civil Action No. 05-175 ERIE |

### ORDER

AND NOW this __4th__ day of April, 2006, the Defendant having filed a Motion for Summary Judgment with Supporting Brief (Doc. No. 17)

IT IS HEREBY ORDERED that the Plaintiff file a Brief in Opposition to this Motion on or before April 17, 2006.  Failure to comply with this order will result in the dismissal of this action for failure to prosecute.

 S/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cc: counsel/parties of record __NK__