| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery 4/5/6<br>C. Signature X _____ ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>**AMOS TATE**<br>341 East 21 Street<br>Erie, PA 16503 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| CA 05-175 E<br>2. 7004 2890 0004 6045 4980 | |
| PS Form 3811, July 1999   Domestic Return Receipt | 102595-00-M-0952 |